IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS

| | |
|---|---|
| Hermenejilda Hernandez Flores, Deceased, by and through Gabino Hernandez Magdalena, Surviving Spouse and Next of Kin of such Decedent; Gabino Hernandez Magdalena, Individually; Ignacio Hernandez, Individually; Maria del Jesus Garcia Juarez Hernandez, Individually; Micaela Juarez, Individually; Maria Remedios Ruiz, Individually; M.H.G., a minor, by and through her Parent and Next Friend, Ignacio Hernandez; and A.J.H.G., a minor, by and through her Parent and Next of Kin, Ignacio Hernandez, <br><br>                Plaintiffs, <br>versus <br><br>Ford Motor Company, Cooper Tire and Rubber Company, G & S Management Corporation d/b/a Tilton Ford, and TRW Vehicle Safety Systems, Inc. <br><br>                Defendants. | Case No.  4:10-CV-0148-JMM |

## ATTORNEYS' MOTION FOR ADMISSION PRO HAC VICE

COME NOW Attorneys, John M. Merritt, Michael M. Blue, Mark A. Cox, and Barbara A. Merritt of the law firm of Merritt & Associates, P.C., pursuant to Local Rule 83.5(d), and respectfully request an Order of this Court granting them temporary admission to practice before this Court and appear on behalf of the Plaintiff herein.

John M. Merritt, Michael M. Blue, Mark A. Cox, and Barbara A. Merritt would show this Court that they are members in good standing of the State Bar of Oklahoma and appear

1

with R. Theodor Stricker, who is licensed in the practice of law in the State of Arkansas and in this Federal Court, and maintains an office at:

> 249 S. Main Street
> P. O. Box 660
> Jonesboro, AR 72403-0060
> Phone: 870-931-7300   Fax: 870-933-0083
> E-mail: tstricker@strickerlawfirm.com.

(The Affidavits of the moving Attorneys are attached hereto as **Exhibits 1-4**, respectively.)

Said attorneys would show that the State of Oklahoma accords similar comity and courtesy to attorneys of other states.

John M. Merritt, Michael M. Blue, Mark A. Cox, and Barbara A. Merritt would further show this Court that they individually and collectively affirm to the Local Rules of this Court and submit themselves to all disciplinary procedures applicable to Arkansas attorneys.

WHEREFORE, John M. Merritt, Michael M. Blue, Mark A. Cox, and Barbara A. Merritt pray an Order for Admission Pro Hac Vice and allow them to appear on behalf of the Plaintiff.

_____
JOHN M. MERRITT - OBA #6146

_____
MICHAEL M. BLUE - OBA #13143

_____
MARK A. COX - OBA #13630

_____
BARBARA A. MERRITT - OBA #13639

MERRITT & ASSOCIATES, P.C.
P. O. BOX 1377
OKLAHOMA CITY, OKLAHOMA 73101
(405) 236-2222 FAX (405) 232-8630
E-mail: docket.clerk@merrittfirm.com
ATTORNEYS FOR PLAINTIFF

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 26th, 2010, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which shall send notification of such filing to the following:

I hereby certify that on March 26th, 2010, I mailed the document and a copy of the Notice of Electronic Filing (NEF) by United States Postal Service to the following non CM/ECF participants:

Ford Motor Company, by serving: The Corporation Trust Company, Corporation Trust Center, 1209 Orange Street, Wilmington, DE 19801; Cooper Tire and Rubber Company, by serving: The Corporation Company, 124 West Capitol Ave., Suite 1900, Little Rock, AR 72201; G & S Management d/b/a Tilton Ford, by serving: Donna Gaudet Hosmer, Esq., P.O. Box 1360, Tilton, New Hampshire 03276-1360; and TRW Vehicle Safety Systems, Inc., by serving: Corporation Service Company, 2711 Centerville Road, Suite 400, Wilmington, DE 19808.

JOHN M. MERRITT - OBA #6146
Attorney for Plaintiff
Merritt & Associates, P.C.
P. O. Box 1377
Oklahoma City, Oklahoma 73101
(405) 236-2222 FAX (405) 232-8630
E-mail: docket.clerk@merrittfirm.com
ATTORNEYS FOR PLAINTIFF