IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
LITTLE ROCK DIVISION

| | |
|---|---|
| Hermenejilda Hernandez Flores, Deceased, by and through Gabino Hernandez Magdalena, Surviving Spouse and Next of Kin of such Decedent; Gabino Hernandez Magdalena, Individually; Ignacio Hernandez, Individually; Maria del Jesus Garcia Juarez Hernandez, Individually; Micaela Juarez, Individually; Maria Remedios Ruiz, Individually; M.H.G., a minor, by and through her Parent and Next Friend, Ignacio Hernandez; and A.J.H.G., a minor, by and through her Parent and Next of Kin, Ignacio Hernandez, <br><br>                Plaintiffs,<br>versus<br><br>Ford Motor Company, Cooper Tire and Rubber Company, G & S Management Corporation d/b/a Tilton Ford, and TRW Vehicle Safety Systems, Inc.<br><br>                Defendants. | Case No. 4:10-CV-0148-JMM |

| | |
|---|---|
| STATE OF OKLAHOMA | ) |
| | ) s.s. |
| COUNTY OF OKLAHOMA | ) |

### AFFIDAVIT OF MICHAEL M. BLUE

I, Michael M. Blue, being duly sworn, depose and state:

1. I am an attorney and active member in good standing of the State Bar of Oklahoma.



EXHIBIT "2"

2. Associated and appearing with your Affiant in this cause is R. Theodor Stricker, who is licensed in the practice of law in the State of Arkansas (Arkansas Bar No. 80139) and maintains an office at 249 S. Main Street, Jonesboro, Arkansas 72403-0060; telephone number: 870-931-7300; fax number: 870-933-0083; e-mail address: tstricker@strickerlawfirm.com, and who is duly and regularly admitted to practice in the Arkansas Courts, including this Arkansas Federal Court, upon whom service may be had in all matters connected with this action.

3. The State of Oklahoma accords comity and courtesy of practice to attorneys of other states.

4. I affirm to the Local Rules of this Court and submit myself to all disciplinary procedures applicable to Arkansas attorneys.

FURTHER AFFIANT SAITH NOT.

DATED: March 26, 2010.

_____
MICHAEL M. BLUE - OBA #13143

SUBSCRIBED AND SWORN TO before me this 26th day of March, 2010.

_____
NOTARY PUBLIC

MY COMMISSION EXPIRES:
5/14/13
COMM. #09004173