IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**HERMENEJILDA HERNANDEZ FLORES,**
Deceased, by and through **GABINO HERNANDEZ**
**MAGDALENA,** Surviving Spouse and Next of Kin of
Such Decedent, et al.                                                                      **PLAINTIFFS**

V.                                    **4:10CV000148 JMM**

**FORD MOTOR COMPANY, COOPER TIRE AND**
**RUBBER COMPANY, G&S MANAGEMENT**
**CORPORATION D/B/A TILTON FORD, and**
**TRW VEHICLE SAFETY SYSTEMS, INC.**                               **DEFENDANTS**

## ORDER STAYING PROCEEDINGS

Pending is the Defendant Cooper Tire & Rubber Company's motion to temporarily stay the proceedings in this case to allow for investigation, discovery, and briefing regarding the dismissal of the case on the grounds of forum non conveniens. Plaintiffs do not object. For good cause shown, the motion to stay (Docket # 12) is GRANTED. The proceedings will be stayed for forty-five (45) days. If the Defendant needs additional time, a new motion will be required. Otherwise, a new scheduling order will be entered at the end of the forty-five day period.

IT IS SO ORDERED this 28th day of April, 2010.

_____
James M. Moody
United States District Judge