IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

GABINO HERNANDEZ MAGDALENA,
individually and as surviving spouse and
next of kin of HERMENEJILDA
HERNANDEZ FLORES; IGNACIO
HERNANDEZ and MARIA DEL JESUS
GARCIA HERNANDEZ, individually
and as parents and next friends of M.H.G.,
a minor and A.J.H.G., a minor; MICAELA
JUAREZ; and MARIA REMEDIOS RUIZ                                PLAINTIFFS

v.                        Case No. 4:10-cv-148-DPM

FORD MOTOR COMPANY, COOPER
TIRE AND RUBBER COMPANY, G &
S MANAGEMENT CORPORATION
d/b/a TILTON FORD, and TRW
VEHICLE SAFETY SYSTEMS, INC.                                    DEFENDANTS

JUDGMENT

Defendants' motion to dismiss is granted.  The case is dismissed without prejudice.

_____
D.P. Marshall Jr.
United States District Judge

27 May 2011